**Order entered December 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01252-CV

### NATHAN WEILBACHER, Appellant

### V.

### MELODIE CRAFT, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 13-06130-J**

## ORDER

We **GRANT** appellant's December 10, 2013 unopposed third motion for an extension of time to file his brief.  We **ORDER** the brief tendered to this Court by appellant on December 13, 2013 filed as of the date of this order.

/s/    ADA BROWN
         JUSTICE